CHICK, Plaintiff in Error, v. PARKER, Defendant in Error.

1. In cases tried by a court without a jury under the practice act of 1849, the court should find the facts.

*Error to St. Louis Land Court.*

*E. Bates,* for plaintiff in error.

*Barrett,* for defendant in error.

RICHARDSON, Judge, delivered the opinion of the court.

This suit was commenced under the practice act of 1849 and was tried by the court without a jury. The record shows that the case was tried and judgment given without finding the facts, and for this omission the judgment must be reversed and the cause remanded. (Ragan v. McCoy, 26 Mo. 166.) The other judges concur.